```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                        CASE NO. 07 B 00455
    DANIEL L CAGE
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-0788
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/11/07 and confirmed on 03/23/07.

2. The case was dismissed after confirmation, 12/14/2007.

3. The Debtor paid a total of $ 3676.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 18057.00 | 1570.14 | 1755.03 |
| BALABAN FURNITURE | SECURED | 2000.00 | 67.55 | 89.78 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3200.24 | .00 | .00 |
| CITIZENS FINANCIAL GROUP | SPECIAL CLASS | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1121.10 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1306.36 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 300.00 | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU OF HUTCHIN | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 417.52 | .00 | .00 |
| THE HELPCARD PROCESSIN | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | 502.50 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 426.00 | 15.30 | 49.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 760.89 | .00 | .00 |
| VALENTINE & KEBARTAS | UNSECURED | NOT FILED | .00 | .00 |
| BALABAN FURNITURE | UNSECURED | 766.60 | .00 | .00 |
| T MOBILE USA | UNSECURED | 93.04 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 229.94 | .00 | .00 |
| T MOBILE USA | UNSECURED | 397.61 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 235.99 | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 399.90 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20483.00 | 3200.24 | 6531.45 | .00 | 30214.69 |

```
PRINCIPAL PAID            1894.32          .00          .00          .00       1894.32
INTEREST PAID             1652.99          .00          .00          .00       1652.99
TOTAL PAID                3547.31          .00          .00          .00       3547.31
```
The Debtor's attorney, RICHARD S BASS                , was allowed $    2700.00
and was paid $     250.00   direct and $        .00   through the plan.

The Trustee received $     128.69 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/10/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 07 B 00455 DANIEL L CAGE